# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Thong Xuan Mai,

    Petitioner,

vs.

R. David Mitchell,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:09-cv-433-RJC

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 9, 2011 Order.

    Signed: September 9, 2011

Frank G. Johns, Clerk
United States District Court